## ROGER JOHNSON *v.* COMMISSIONER OF CORRECTION

The petitioner Roger Johnson's petition for certification for appeal from the Appellate Court, 104 Conn. App. 904 (AC 28301), is denied.

*Laljeebhai R. Patel*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided January 16, 2008

## MICHAEL MCCLEAN *v.* COMMISSIONER OF CORRECTION

The petitioner Michael McClean's petition for certification for appeal from the Appellate Court, 103 Conn. App. 254 (AC 26244), is denied.

*Michael McClean*, pro se, in support of the petition.

*Nancy L. Chupak*, assistant state's attorney, in opposition.